UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**ANTONIO ALEJANDRO GUTIERREZ**              Case No. 3:09-CV-6204-KI

        Plaintiff,

                                        JUDGMENT

  vs.

**MAX WILLIAMS,** Director Oregon Department
of Corrections; **COMMISSARY STORE OPERATOR;
KEEFE GROUP/ACCESS CATALOGUE COMPANY;
MIKE DODSON; A. BALES; ANGELA SMITH,**
Statewide Commissary Manager; **CULP, OSP**
Canteen Manager; **"MELONY" UNKNOWN LAST
NAME,** OSP Canteen Staff known by that name,

        Defendants.


    Antonio Alejandro Gutierrez
    Pro Se Plaintiff
    #5448026
    SRCI
    777 Stanton Blvd.

Page 1 - JUDGMENT

Ontario, OR 97914

       Pro se Plaintiff

John R. Kroger
Attorney General
Michael R. Washington
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096

       Attorney for ODOC Defendants

Wm. Kelly Olson
Patrick J. Kurkowski
Mitchell, Lang & Smith
2000 One Main Place
101 S.W. Main Street
Portland, OR 97204-0732

KING, Judge:

Based on the record,

IT IS ORDERED that this case is dismissed with prejudice.

Dated this ___6th___ day of January, 2012.

       /s/ Garr M. King
       Garr M. King
       United States District Judge